**N.C. STATE BAR v. HARRIS**

[353 N.C. 448 (2001)]

THE NORTH CAROLINA STATE BAR v. DOUGLAS S. HARRIS, ATTORNEY

No. 464PA00

(Filed 4 May 2001)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 139 N.C. App. 822, 535 S.E.2d 74 (2000), reversing an order of disbarment entered by the Disciplinary Hearing Commission of the North Carolina State Bar on 3 December 1998 and remanding the matter for a new hearing. Heard in the Supreme Court 17 April 2001.

*Fern Gunn Simeon for plaintiff-appellant.*

*Douglas S. Harris, defendant-appellee, pro se.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.